IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE LUBRIZOL CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>      Defendant. | ) CASE NO. 1:21-cv-00870<br>)<br>) JUDGE CHRISTOPHER A. BOYKO<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**UNOPPOSED MOTION REGARDING DATE FOR DEFENDANT INTERNATIONAL BUSINESS MACHINES CORPORATION TO RESPOND TO COUNT ONE (BREACH OF CONTRACT) OF PLAINTIFF THE LUBRIZOL CORPORATION'S COMPLAINT**

Defendant International Business Machines Corporation ("IBM") hereby states that it intends to timely file a Fed.R.Civ.P. 12(b)(6) partial motion to dismiss as to Counts Two through Six of Plaintiff The Lubrizol Corporation's ("Lubrizol") Complaint. Pursuant to Fed.R.Civ.P. 6, and to clarify its response deadline as to Count One (Breach of Contract), IBM hereby moves this Court for an order permitting IBM to serve its answer to Count One within 14 calendar days after notice of this Court's order on IBM's partial motion to dismiss. IBM's counsel has conferred with Lubrizol's counsel, and Lubrizol does not oppose IBM's motion.

Dated: July 2, 2021

*/s/ John Q. Lewis*
John Q. Lewis
Jonathan F. Feczko
Tucker Ellis LLP
950 Main Avenue—Suite 1100
Cleveland, OH  44113-7213
Telephone:   216.592.5000
Facsimile:    216.592.5009
Email:        john.lewis@tuckerellis.com
              jonathan.feczko@tuckerellis.com

*Attorneys for Defendant IBM*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 2, 2021, the foregoing UNOPPOSED MOTION REGARDING DATE FOR DEFENDANT INTERNATIONAL BUSINESS MACHINES CORPORATION TO RESPOND TO COUNT ONE (BREACH OF CONTRACT) OF PLAINTIFF THE LUBRIZOL CORPORATION'S COMPLAINT was filed electronically. Service of this filing will be made by operation of the Court's electronic filing system.

                                                          */s/ John Q. Lewis*
                                                          John Q. Lewis (0067235)
                                                          *Attorney for Defendant IBM*

011517\000018\5207449.1