**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| THE LUBRIZOL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant. | Case No. 1:21-cv-00870<br><br>Hon. Christopher A. Boyko<br><br>Hon. Jennifer Dowdell Armstrong |

**NOTICE OF SETTLEMENT**

Plaintiff The Lubrizol Corporation ("Lubrizol"), by and through undersigned counsel, hereby gives notices that Lubrizol and Defendant International Business Machines Corporation ("IBM") (collectively, the "Parties") have reached a settlement regarding their respective claims. The Parties are in the process of finalizing their settlement agreement and anticipate filing a notice of dismissal within fifteen (15) days.

Dated: December 13, 2024

Respectfully submitted,

By: /s/ *Mark P. Ressler*
Mark P. Ressler

JEFFREY J. LAUDERDALE (0074859)
NADA G. FADDOUL (0082718)
KELLY A. KOSEK (0075623)
THE LUBRIZOL CORPORATION
29400 Lakeland Boulevard
Cleveland, Ohio 44092
Phone: (440) 347-2302
jeffrey.lauderdale@lubrizol.com
nada.faddoul@lubrizol.com
kelly.kosek@lubrizol.com

MARK P. RESSLER (*pro hac vice*)
JOSHUA E. HOLLANDER (*pro hac vice*)
CHRISTINE M. RODRIGUEZ (*pro hac vice*)
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York 10019
Phone: (212) 506-1700
mressler@kasowitz.com
jhollander@kasowitz.com
cmrodriguez@kasowitz.com

JASON S. TAKENOUCHI (*pro hac vice*)
KASOWITZ BENSON TORRES LLP 101
California Street, Suite 3000
San Francisco, California 94111
Phone: (415) 421-6140
jtakenouchi@kasowitz.com

W. ERIC BAISDEN (0055763)
ADAM E. PRIMM (0086375)
BENESCH FRIEDLANDER COPLAN &
ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Phone: (216) 363-4500
EBaisden@beneschlaw.com
APrimm@beneschlaw.com

***Attorneys for Plaintiff The Lubrizol Corporation***